

August 9, 2021

*(via Pacer Filing)*
Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

      Re:   Cayla Denning vs. Rochester Institute of Technology, et. al.
            Case No.: 6:21-cv-06158-EAW

Dear Judge Wolford:

      By this correspondence, the Plaintiff respectfully withdraws her cross-motion to amend her complaint as it is the intention of the Plaintiff to bring a separate motion for such an amendment. This separate motion will be in compliance with Local Rules.

                                    Respectfully Submitted,

                                      Christopher J. O'Brien

CJO/jdm

cc:

*(via email - JSchwartzottABSK.com)*
Jennifer Schwartzott
Bond Schoeneck & King
350 Linden Oaks, Third Floor
Rochester, NY 14625

*(via email - fernando@litgro.com)*
Fernando Santiago, Esq.
Fernando Santiago
2280 East Avenue, 2nd Floor
Rochester, NY 14610