UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

CAYLA DENNING,

    Plaintiff,

vs.

ROCHESTER INSTITUTE OF
TECHNOLOGY, DAVID C. MUNSON,
MARK OLLES, S. MANIAN
RAMKUMAR and STACY DEROOY,

    Defendants.

STIPULATION OF
DISCONTINUANCE

Index No. 6:21-cv-06158-EAW

    IT IS HEREBY STIPULATED by and between the undersigned attorneys for the Plaintiff, Cayla Denning, and the undersigned attorney for the Defendants, Rochester Institute of Technology, David C. Munson, Mark Olles, S. Manian Ramkumar and Stacy Derooy, in the above entitled action that the said action, be and the same hereby is discontinued on the merits with prejudice without any further costs to either party as against the other; the same having been fully and finally settled and compromised.

DATED: September 30, 2021

_____
Christopher J. O'Brien, Esq.
O'Brien & Ford, P.C.
Attorneys for Plaintiff
4549 Main Street, Suite 201
Buffalo, NY 14226
(716) 907-7777

_____
Jennifer Schwartzott
Bond Schoeneck & King
Attorneys for Defendants
350 Linden Oaks, Third Floor
Rochester, NY 14625
(585)-362-4848

Fernando Santiago
Santiago Burger LLP
Attorneys for Defendant Mark Olles
2280 East Ave., Second Floor
Rochester, NY 14614
Tel: (585) 563-2400